UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARVIN A. STOTTS,

Petitioner,

v.

HOYT BRILL, Warden,
Prairie Correctional Facility,

Respondent.

Civil No. 00-1824 JRT/SRN

**ORDER**

---

Marvin A. Stotts, Prairie Correctional Facility, P.O. Box 500, Appleton, MN 56208, *pro se* petitioner.

Whereas there exists an Order adopting Magistrate Judge Susan R. Nelson's Recommendation denying petitioner's habeas corpus petition, and the case is dismissed without prejudice,

**IT IS HEREBY ORDERED** that the Court's Order dated December 6, 2000, is **VACATED**. This case shall be reopened and the objections by the defendant shall be taken under advisement.

Dated: Jan 22, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK